**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**
Howard J. Smith, Esq. (270322018)
Wall Street Plaza
88 Pine Street, 21st Floor
New York, NY 10005
(212) 376-6400
*Attorneys for Creditor,*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY - - - NEWARK

| In re: | Case No.: 11-31169-VFP |
|---|---|
| Gerome S. Jordan | CHAPTER 13 |
| Debtor | Hon. Vincent F. Papalia U.S.B.J. |

## AFFIDAVIT IN OPPOSITION TO MOTION TO RE-OPEN CHAPTER 13 CASE

I, Annmarie Rutigliani, being of full age, certify under penalty of perjury that:

1. I am the Manager Client Liaison of SUEZ Water Environmental Services Inc. ("Suez") and submit this affidavit in opposition to the Motion of Gerome S. Jordan ("Jordan" or the "Debtor") to re-open his Chapter 13 case to enable the Debtor to file an adversary proceeding. I submit this affidavit based on my own personal knowledge and my review of Suez's billing and account records for the Debtor.

2. Suez operates, maintains, administers and manages the watershed, reservoirs, pumping stations, transmission lines, water treatment plant, aqueduct, and distribution system owned by the City of Jersey City and operated by the Jersey City Municipal Utility Authority ("MUA"), pursuant to that certain Operations Services Agreement (the "Agreement") by and between Suez and the MUA dated February 1, 2008. Meter reading, billing, collections and customer service are included in the services that Suez performs for the MUA pursuant to the Agreement.

3. Suez opposes the Debtor's motion to reopen his Chapter 13 case because it is premised on the Debtor's incorrect belief that Suez and/or MUA are seeking to collect pre-petition sums that were subject to his Chapter 13 case. This is not true. Suez and MUA agree that the pre-petition claim against Mr. Jordan was fully satisfied and discharged by his bankruptcy. The only amounts being sought from the Debtor are for water charges he incurred after his bankruptcy. As set forth herein, the confusion here surrounding a $489.25 line item on an invoice that the Debtor has challenged stems from a programming issue in which when a bankruptcy case is closed in the billing system, the original balance from the bankruptcy service agreement shows on the billing as a transfer balance. Specifically, the billing system separates the pre and post-petition balance. This issue resulted in two erroneous items being included on one of the Debtor's invoices. While those items should not have been included on the invoice in question, the total amount due and sought from the Debtor on that invoice was accurate and, as is most relevant to the Debtor's motion here, compromised solely of new post-petition water charges.

4. While I understand that the Debtor's counsel has requested copies of all invoices since the inception of the Debtor's account, the billing system only maintains copies dating back one year from the date of request.

5. I have reviewed Suez's billing software records, however, and have confirmed that the Trustee's payments to Jersey City MUA totaling $475.83 in connection with the Debtor's bankruptcy have been applied to Jersey City MUA's bankruptcy claim

6. Attached as Exhibit A is a true and accurate copy of a spreadsheet maintained by Suez showing the complete billing and payment history for the Debtor's account.

7. Attached as Exhibit B is a true and accurate copy of a usage report maintained by Suez which shows the Debtor's water usage. Based on a comparison of his billing history with the Debtor's

usage report, it is evident that the amounts the Debtor was billed correspond to the amount of water used by the Debtor for each quarter.

8. As of December 2016, after the Debtor's bankruptcy case concluded, the Debtor had a $0 balance on his post-petition water account.

9. Subsequently, the Debtor incurred new charges, described as "Bill Segments" on Exhibit A, of $281.87 on December 19, 2016, $282.67 on March 20, 2017, and $330.77 on June 19, 2017.

10. Those entries total a principal amount of $895.31. When combined with interest and late penalties as show in Exhibit A, Mr. Jordan's balance due was $910.88 prior to him being presented with the invoice he challenges in September 2017 (the "$910.88 Post-Petition Balance").

11. The Debtor then accrued additional charges for his water use that were invoiced to him on September 20, 2017. The amount of those charges reflect his higher than average usage for that period as shown on the usage report as Exhibit B.

12. A true and accurate copy of the September 20, 2017 invoice is attached as Exhibit C. Specifically, Exhibit C reflects new "Water charges," "Water facilities Chg," and "Sewer Charges." These items total $459.71 as follows: $186.30+$19.61+$253.35=$459.71.

13. When these new water charges of $459.71 are added to the $910.88 Post-Petition Balance that the Debtor owed on his unpaid invoices of December 19, 2016, March 20, 2017, and June 19, 2017, his total amount due as of September 20, 2007 was $1,370.59. Thus, the "TOTAL AMOUNT DUE - $1,370.59" reflected on the September, 20 2017 invoice was correct and, most importantly, that amount was comprised <u>solely of the Debtor's post-petition charges incurred since his $0 balance in December 2016</u>.

14. The confusion here, and no doubt why the Debtor questioned the September 20, 2017 invoice stems from the fact that that, while the <u>total amount due</u> shown as $1,370.59 was correct, the

invoice mistakenly included two other items. The first item was a "transfer balance" of $489.25. This item should not have been a line item on the invoice. The second was an entry marked "Balance Forward – Past Due" of $409.45. This number was also not correct because, at that time, Mr. Jordan's past due was actually the $910.88 Post-Petition Balance.

15. As described more fully below, the transfer balance showed up because there was a programming issue in which when the bankruptcy case is closed in the billing system, the original protected balance from the bankruptcy service agreement shows on the billing as a transfer balance. These transfer balances affected how the past due balance was shown on the September 2017 bill but the total balance due was correct.

16. The Debtor made only one payment in 2017. Because he objected to the $489.25 transfer balance entry on his September 20, 2017 invoice, he withheld that amount and made a payment of $881.34. This amount, however, was less than the $910.88 Post-Petition Balance the Debtor already owed on his December 2016, March 2017, and June 2017 invoices *i.e.*, before he was invoiced on September 20, 2017. Applying his payment of only $881.34 to the $910.88 Post-Petition Balance results in a shortfall owed of $29.54. Adding that amount to the $459.71 in new charges for which the Debtor was invoiced on September 20, 2017 and the total is $489.25: the exact amount the Debtor withheld.

17. In sum, the Debtor had a $0 balance as of December 2016 and incurred the $910.88 Post-Petition Balance during the period covered by the subsequent three invoices. He then was correctly invoiced for $459.71 in new charges on September 20, 2017. His only payment in 2017 of $881.34 was $29.54 less than $910.88 Post-Petition Balance that was due <u>before the September 2017 invoice</u>. Thus, the Debtor still owed the $29.54 he never paid on the $910.88 Post-Petition Balance and all the new charges of $459.71 that were set forth on the September 2017 invoice.

18. For ease of reference, attached as Exhibit D is a marked up version of the September 20, 2017 invoice highlighting the items described above.

19. While Suez understands the Debtor's confusion and regrets that the September 20, 2017 invoice contained mistaken line items, the total amounts sought from the Debtor were correct and all the amounts sought are for post-petition water services. While the Debtor's initial confusion was understandable due to the mistaken line items discussed above, his continued objection to paying is a refusal to pay for post-petition charges he legitimately incurred. Moreover, the Debtor's confusion does not warrant the re-opening of his bankruptcy matter.

20. As part of its commitment to customer service, Suez has put a bankruptcy process in place to ensure that similar software issues do not arise in the future. Further, Suez is implementing an additional layer of review by introducing an alert through the billing system for every bankruptcy account so that when payments are received they are properly reviewed for processing.

*Annmarie Rutigliani*
Annmarie Rutigliani

SWORN to before me on this 26 day of September, 2018

*Nancy Engelmann*
NOTARY PUBLIC

NANCY ENGELMANN
A Notary Public of New Jersey
My Commission Expires May 11, 2022

| Arrears Date | Financial Transaction Type | Current Amount |
|---|---|---|
| 06-18-2018 | Bill Segment | $350.04 |
| 06-02-2018 | Jersey City-Water Late Penalty Charge | $4.64 |
| 05-07-2018 | Pay Segment | -$500.00 |
| 05-03-2018 | Jersey City-Sewer Late Penalty Charge | $2.28 |
| 05-03-2018 | Jersey City-Water Late Penalty Charge | $9.37 |
| 03-19-2018 | Bill Segment | $291.06 |
| 03-19-2018 | Jersey City-Water Late Penalty Charge | $7.29 |
| 02-17-2018 | Jersey City-Water Late Penalty Charge | $7.29 |
| 02-16-2018 | Pay Segment | -$230.00 |
| 01-18-2018 | Jersey City-Sewer Late Penalty Charge | $1.61 |
| 01-18-2018 | Jersey City-Water Late Penalty Charge | $8.91 |
| 12-22-2017 | Jersey City-Water Late Penalty Charge | $7.34 |
| 12-18-2017 | Bill Segment | $211.92 |
| 11-22-2017 | Jersey City-Water Late Penalty Charge | $7.34 |
| 10-23-2017 | Jersey City-Water Late Penalty Charge | $7.34 |
| 10-20-2017 | Pay Segment | -$881.34 |
| 09-20-2017 | Bill Segment | $459.71 |
| 09-20-2017 | Jersey City-Transfer Balance | $1,467.75 |
| 09-11-2017 | Jersey City-Transfer Balance | -$1,467.75 |
| 08-19-2017 | Jersey City-Sewer Late Penalty Charge | $2.71 |
| 08-19-2017 | Jersey City-Water Late Penalty Charge | $3.38 |
| 07-20-2017 | Jersey City-Sewer Late Penalty Charge | $2.71 |
| 07-20-2017 | Jersey City-Water Late Penalty Charge | $3.38 |
| 06-19-2017 | Bill Segment | $330.77 |
| 06-19-2017 | Jersey City-Water Late Penalty Charge | $1.13 |
| 05-20-2017 | Jersey City-Water Late Penalty Charge | $1.13 |
| 04-20-2017 | Jersey City-Water Late Penalty Charge | $1.13 |
| 03-20-2017 | Bill Segment | $282.67 |
| 03-20-2017 | Jersey City-Transfer Balance | $0.00 |
| 12-19-2016 | Bill Segment | $281.87 |
| 12-19-2016 | Jersey City-Transfer Balance | $0.00 |
| 12-02-2016 | Pay Segment | -$1,081.23 |
| 11-20-2016 | Jersey City-Sewer Late Penalty Charge | $4.48 |
| 11-20-2016 | Jersey City-Water Late Penalty Charge | $3.83 |
| 10-21-2016 | Jersey City-Sewer Late Penalty Charge | $4.48 |
| 10-21-2016 | Jersey City-Water Late Penalty Charge | $3.83 |
| 09-20-2016 | Bill Segment | $262.91 |
| 09-19-2016 | Jersey City-Sewer Late Penalty Charge | $2.37 |
| 09-19-2016 | Jersey City-Water Late Penalty Charge | $2.00 |
| 08-20-2016 | Jersey City-Sewer Late Penalty Charge | $2.37 |
| 08-20-2016 | Jersey City-Water Late Penalty Charge | $2.00 |
| 07-21-2016 | Jersey City-Sewer Late Penalty Charge | $2.37 |
| 07-21-2016 | Jersey City-Water Late Penalty Charge | $2.00 |
| 06-20-2016 | Bill Segment | $291.05 |
| 05-05-2016 | Pay Segment | -$565.20 |
| 04-22-2016 | Jersey City-Sewer Late Penalty Charge | $2.20 |

| Current Balance |
|---:|
| $675.68 |
| $325.64 |
| $321.00 |
| $821.00 |
| $818.72 |
| $809.35 |
| $518.29 |
| $511.00 |
| $503.71 |
| $733.71 |
| $732.10 |
| $723.19 |
| $715.85 |
| $503.93 |
| $496.59 |
| $489.25 |
| $1,370.59 |
| $910.88 |
| $-556.87 |
| $910.88 |
| $908.17 |
| $904.79 |
| $902.08 |
| $898.70 |
| $567.93 |
| $566.80 |
| $565.67 |
| $564.54 |
| $281.87 |
| $281.87 |
| $0.00 |
| $0.00 |
| $1,081.23 |
| $1,076.75 |
| $1,072.92 |
| $1,068.44 |
| $1,064.61 |
| $801.70 |
| $799.33 |
| $797.33 |
| $794.96 |
| $792.96 |
| $790.59 |
| $788.59 |
| $497.54 |
| $1,062.74 |

| Date | Description | Amount |
|---|---|---|
| 04-22-2016 | Jersey City-Water Late Penalty Charge | $6.09 |
| 03-22-2016 | Bill Segment | $273.29 |
| 03-21-2016 | Jersey City-Water Late Penalty Charge | $4.19 |
| 02-20-2016 | Jersey City-Water Late Penalty Charge | $4.19 |
| 01-21-2016 | Jersey City-Water Late Penalty Charge | $4.19 |
| 01-21-2016 | Pay Segment | -$520.73 |
| 12-21-2015 | Bill Segment | $271.89 |
| 12-21-2015 | Jersey City-Sewer Late Penalty Charge | $3.98 |
| 12-21-2015 | Jersey City-Water Late Penalty Charge | $3.47 |
| 11-21-2015 | Jersey City-Sewer Late Penalty Charge | $3.98 |
| 11-21-2015 | Jersey City-Water Late Penalty Charge | $3.47 |
| 10-22-2015 | Jersey City-Sewer Late Penalty Charge | $3.98 |
| 10-22-2015 | Jersey City-Water Late Penalty Charge | $3.47 |
| 09-21-2015 | Bill Segment | $293.25 |
| 09-19-2015 | Jersey City-Sewer Late Penalty Charge | $1.61 |
| 09-19-2015 | Jersey City-Water Late Penalty Charge | $1.44 |
| 08-20-2015 | Jersey City-Sewer Late Penalty Charge | $1.61 |
| 08-20-2015 | Jersey City-Water Late Penalty Charge | $1.44 |
| 07-21-2015 | Jersey City-Sewer Late Penalty Charge | $1.61 |
| 07-21-2015 | Jersey City-Water Late Penalty Charge | $1.44 |
| 06-18-2015 | Bill Segment | $203.43 |
| 05-21-2015 | Pay Segment | -$959.65 |
| 03-23-2015 | Bill Segment | $252.36 |
| 12-17-2014 | Bill Segment | $243.17 |
| 10-16-2014 | Bill Segment | $500.98 |
| 10-16-2014 | Bill Segment Cancellation | -$235.73 |
| 06-18-2014 | Bill Segment | $225.69 |
| 06-18-2014 | Jersey City-Transfer Balance | $0.00 |
| 03-19-2014 | Bill Segment | $262.42 |
| 03-19-2014 | Jersey City-Transfer Balance | $0.00 |
| 12-18-2013 | Jersey City-Transfer Balance | $0.00 |
| 12-18-2013 | Bill Segment | $200.01 |
| 12-09-2013 | Pay Segment | -$3,050.24 |
| 09-27-2013 | Bill Segment | $325.81 |
| 06-28-2013 | Bill Segment | $310.41 |
| 03-25-2013 | Bill Segment | $489.65 |
| 12-31-2012 | Bill Segment | $307.22 |
| 12-18-2012 | Pay Segment | -$61.37 |
| 10-12-2012 | Pay Segment | -$90.63 |
| 09-26-2012 | Bill Segment | $351.87 |
| 09-12-2012 | Pay Segment | -$97.55 |
| 08-06-2012 | Pay Segment | -$76.09 |
| 07-24-2012 | Pay Segment | -$76.10 |
| 06-25-2012 | Bill Segment | $300.05 |
| 06-11-2012 | Pay Segment | -$74.09 |
| 03-22-2012 | Bill Segment | $367.85 |

| |
|---:|
| $1,060.54 |
| $1,054.45 |
| $781.16 |
| $776.97 |
| $772.78 |
| $768.59 |
| $1,289.32 |
| $1,017.43 |
| $1,013.45 |
| $1,009.98 |
| $1,006.00 |
| $1,002.53 |
| $998.55 |
| $995.08 |
| $701.83 |
| $700.22 |
| $698.78 |
| $697.17 |
| $695.73 |
| $694.12 |
| $692.68 |
| $489.25 |
| $1,448.90 |
| $1,196.54 |
| $953.37 |
| $452.39 |
| $688.12 |
| $462.43 |
| $462.43 |
| $200.01 |
| $200.01 |
| $200.01 |
| $0.00 |
| $3,050.24 |
| $2,724.43 |
| $2,414.02 |
| $1,924.37 |
| $1,617.15 |
| $1,678.52 |
| $1,769.15 |
| $1,417.28 |
| $1,514.83 |
| $1,590.92 |
| $1,667.02 |
| $1,366.97 |
| $1,441.06 |

| Date | Description | Amount |
|---|---|---|
| 12-29-2011 | Bill Segment | $305.85 |
| 12-29-2011 | Jersey City-Transfer Balance | $489.25 |
| 10-10-2011 | Jersey City-Transfer Balance | -$489.25 |
| 10-08-2011 | TIDY BALANCE - Change Current Balance | -$352.44 |
| 10-08-2011 | TIDY BALANCE - Change Payoff Balance | $0.00 |
| 10-07-2011 | TIDY BALANCE - Change Current Balance | $291.53 |
| 09-27-2011 | Jersey City-Sewer Late Penalty Charge | $3.13 |
| 09-27-2011 | Jersey City-Water Late Penalty Charge | $3.58 |
| 09-27-2011 | Bill Segment | $271.40 |

| |
|---:|
| $1,073.21 |
| $767.36 |
| $278.11 |
| $767.36 |
| $1,119.80 |
| $1,119.80 |
| $828.27 |
| $825.14 |
| $821.56 |

| Read Date/Time | Read Difference | Register Reading | Read Type |
|---|---|---|---|
| 01-15-2018 12:16PM | 33.000000 | 81.000000 | Regular |
| 03-16-2018 12:00PM | 27.000000 | 48.000000 | Regular |
| 12-16-2017 10:38AM | 19.000000 | 21.000000 | Regular |
| 10-20-2017 01:21PM | 2.000000 | 2.000000 | Regular |
| 09-08-2017 12:30AM | 0.000000 | 0.000000 | Regular |
| New meter put in 9/8/17 | | | |
| 09-08-2017 12:00AM | 43.000000 | 2641.000000 | Regular |
| 06-14-2017 12:19PM | 32.000000 | 2598.000000 | Regular |
| 03-17-2017 01:53PM | 27.000000 | 2566.000000 | Regular |
| 12-14-2016 12:30PM | 27.000000 | 2539.000000 | Regular |
| 09-16-2016 10:05AM | 25.000000 | 2512.000000 | Regular |
| 06-16-2016 11:59AM | 28.000000 | 2487.000000 | Regular |
| 03-22-2016 05:09PM | 26.000000 | 2459.000000 | Regular |
| 12-18-2015 02:51PM | 26.000000 | 2433.000000 | Regular |
| 09-21-2015 10:02AM | 28.000000 | 2407.000000 | Regular |
| 06-16-2015 10:22AM | 19.000000 | 2379.000000 | Regular |
| 03-20-2015 12:26PM | 24.000000 | 2360.000000 | Regular |
| 12-15-2014 11:31AM | 24.000000 | 2336.000000 | Regular |
| 09-23-2014 10:37AM | 26.000000 | 2312.000000 | Regular |
| 06-16-2014 02:22PM | 22.000000 | 2286.000000 | Regular |
| 03-18-2014 01:27PM | 26.000000 | 2264.000000 | Regular |
| 12-16-2013 01:10PM | 18.000000 | 2238.000000 | Regular |
| 09-25-2013 04:32PM | 2.000000 | 2220.000000 | Regular |
| 06-17-2013 11:59PM | 34.000000 | 2218.000000 | System Estimate |
| 03-27-2013 09:43AM | 32.000000 | 2184.000000 | Regular |
| 03-23-2013 10:00AM | 43.000000 | 2152.000000 | Regular |
| 12-29-2012 02:19PM | 9.000000 | 2109.000000 | Regular |
| 12-24-2012 11:59PM | 33.000000 | 2100.000000 | System Estimate |
| 09-26-2012 01:05PM | 38.000000 | 2067.000000 | Regular |
| 06-25-2012 11:34AM | 32.000000 | 2029.000000 | Regular |
| 03-20-2012 11:41AM | 40.000000 | 1997.000000 | Regular |
| 12-16-2011 10:25AM | 34.000000 | 1957.000000 | Regular |
| 09-16-2011 12:00AM | 30.000000 | 1923.000000 | Regular |
| 06-21-2011 12:00AM | 24.000000 | 1893.000000 | Regular |
| 03-21-2011 12:00AM | 27.000000 | 1869.000000 | Regular |
| 12-21-2010 12:00AM | 36.000000 | 1842.000000 | Regular |
| 09-20-2010 12:00AM | 33.000000 | 1806.000000 | Regular |
| 06-21-2010 12:00AM | 26.000000 | 1773.000000 | Regular |
| 03-19-2010 12:00AM | 55.000000 | 1747.000000 | Regular |
| 12-18-2009 12:00AM | 37.000000 | 1692.000000 | Regular |
| 09-16-2009 12:00AM | 39.000000 | 1655.000000 | Regular |
| 05-19-2009 12:00AM | 34.000000 | 1616.000000 | Regular |
| 04-16-2009 12:00AM | 31.000000 | 1582.000000 | Regular |
| 02-18-2009 12:00AM | 43.000000 | 1551.000000 | Regular |
| 12-16-2008 12:00AM | 31.000000 | 1508.000000 | Regular |
| 10-21-2008 12:00AM | 26.000000 | 1477.000000 | Regular |
| 08-21-2008 12:45AM | | 1451.000000 | Regular |

Jersey City MUA
Customer Service Center
69 DeVoe Place
Hackensack, NJ 07601
Telephone: 800-575-4433
www.mysuezwater.com

**USAGE HISTORY**
Usage in Hundreds of Cubic Feet



Next meter reading date: on or about 12/18/2017

| Billing Date: | 09/20/17 |
|---|---|
| Account Number: | 30307004540000 |
| Previous Balance | $409.45 |
| Payments Through 09/20/17 | $0.00 |
| Balance Forward - PAST DUE | $409.45 |
| Current Charges Due 10/20/2017 | $961.14 |
| **TOTAL AMOUNT DUE** | **$1,370.59** |

*Past Due Balance may be subject to late charges, collection and/or termination.*

SERVICE TO: GEROME JORDAN         SERVICE ADDRESS: 288 RANDOLPH AVE JERSEY CITY NJ

| Meter Number | Service From | Service To | Days of Service | Meter Reading Previous | Meter Reading Present | Usage | Unit of Measure | Reading Type |
|---|---|---|---|---|---|---|---|---|
| 56979411 | 06/14/17 | 09/08/17 | 86 | 2598 | 2641 | 43 | CCF | PRORATED ACTUAL |
| 82638111 | 09/08/17 | 09/20/17 | 12 | 0000 | 0002 | 2 EQUIVALENT TO 33,660 GALLONS | CCF | METER CHANGE |

| | | | |
|---|---|---|---|
| WATER CHARGES | $186.30 | WATER LATE PENALTY CHARGE | $6.76 |
| WATER FACILITIES CHG | $19.61 | SEWER LATE PENALTY CHARGE | $5.42 |
| SEWER CHARGES | $253.80 | **TOTAL CURRENT CHARGES** | **$961.14** |
| TRANSFER BALANCE | $489.25 | | |

SEE REVERSE SIDE FOR IMPORTANT ACCOUNT INFORMATION

**IMPORTANT MESSAGES**

Your annual water quality report is now available at www.mysuezwater.com/JerseyCityCCR2016. This report contains important information about the source and quality of your drinking water. Please call 800-575-4433 to speak to someone about the report or request a paper copy.

Su informe anual sobre la calidad del agua ya está disponible en www.mysuezwater.com/JerseyCityCCR2016. Este informe contiene información importante sobre el origen y la calidad de su agua potable. Por favor llame al 800-575-4433 para hablar con alguien sobre el informe o solicitar una copia en papel.

Your consumption is based on an actual reading of your water meter.
Please be advised that any unpaid water/sewer charges that are considered delinquent as of November 11, 2017 will be subject to Tax Sale on December 18, 2017. To avoid going into Tax Sale, please keep your account current.

*[handwritten]* S/W ANNA 10/20/17   DISCHARGE 2016
# ANN MARIE JERSEY CITY OFFICE C/B MON 10/23

PLEASE DETACH HERE AND RETURN THE BOTTOM PORTION WITH YOUR PAYMENT IN THE RETURN ENVELOPE PROVIDED.

Jersey City Municipal Utility Authority
Customer Service Center
69 DeVoe Place
Hackensack, NJ 07601

Temp - Return Service Requested

SERVICE ADDRESS: 288 RANDOLPH AVE
JERSEY CITY NJ

☐ Please check this box if you have made any changes to the information on the reverse side.

000324

BILLQ 324 T:
GEROME JORDAN
44 W 55TH ST
BAYONNE NJ 07002-4111



| Account Number: | 30307004540000 |
|---|---|
| Balance Forward - PAST DUE | $409.45 |
| Current Charges Due 10/20/2017 | $961.14 |
| **TOTAL AMOUNT DUE** | **$1,370.59** |
| Please make payable to: JERSEY CITY MUA | |
| Payment Amount Enclosed | $ |

JERSEY CITY MUA
PO BOX 57008
NEWARK NJ 07101-5708

*[handwritten]* $881.34 pd 10/20/17
VISA
456087/

0  7004540000  000093089  000043970  000137059  00000  5



Jersey City MUA
Customer Service Center
69 DeVoe Place
Hackensack, NJ 07601
Telephone: 800-575-4433
www.mysuezwater.com

**The $910.88 Post-Petition Balance + $459.71 in new charges = $1,370.59**

USAGE HISTORY
Usage in Hundreds of Cubic Feet

| Billing Date: | 09/20/17 |
|---|---|
| Account Number | 30307004540000 |

**The $910.88 Post-Petition Balance for the December 2016, March 2017 and June 2017 Invoices should be on these line items.**

| Previous Balance | $409.45 |
| Payments Through 09/20/17 | $0.00 |
| Balance Forward - PAST DUE | $409.45 |
| Current Charges Due 10/20/2017 | $961.14 |
| TOTAL AMOUNT DUE | $1,370.59 |

Past Due Balance may be subject to late charges, collection and/or termination.

**This number should be the $459.71 in new charges below for Water Charges, Water Facilities CHG and Sewer Charges.**

Next meter reading date: on or about 12/18/2017

SERVICE TO: GEROME JORDAN        SERVICE ADDRESS: 288 RANDOLPH AVE JERSEY CITY NJ

| Meter Number | Service From | Service To | Days of Service | Meter Reading Previous | Meter Reading Present | Usage | Unit of Measure | Reading Type |
|---|---|---|---|---|---|---|---|---|
| 56979411 | 06/14/17 | 09/08/17 | 86 | 2598 | 2641 | 43 | CCF | PRORATED ACTUAL |
| 82638111 | 09/08/17 | 09/20/17 | 12 | 0000 | 0002 | 2 | CCF | METER CHANGE |

EQUIVALENT TO 33,660 GALLONS

| WATER CHARGES | $186.30 | WATER LATE PENALTY CHARGE | $6.76 |
| WATER FACILITIES CHG | $19.61 | SEWER LATE PENALTY CHARGE | $5.42 |
| SEWER CHARGES | $253.80 | TOTAL CURRENT CHARGES | $961.14 |
| TRANSFER BALANCE | $409.25 | | |

SEE REVERSE SIDE FOR IMPORTANT ACCOUNT INFORMATION

## IMPORTANT MESSAGES

Your annual water quality report is now available at www.mysuezwater.com/JerseyCityCCR2016. This report contains important information about the source and quality of your drinking water. Please call 800-575-4433 to speak to someone about the report or request a paper copy.

Su informe anual sobre la calidad del agua ya está disponible en www.mysuezwater.com/JerseyCityCCR2016. Este informe contiene información importante sobre el origen y la calidad de su agua potable. Por favor llame al 800-575-4433 para hablar con alguien sobre el informe o solicitar una copia en papel.

Your consumption is based on an actual reading of your water meter.
Please be advised that any unpaid water/sewer charges that are considered delinquent as of November 11, 2017 will be subject to Tax Sale on December 18, 2017. To avoid going into Tax Sale, please keep your account current.

*s/w Anna 10/20/17    Discharge 2016*
*1st Ann Marie Jersey City Office c/b Mon 10/23*

PLEASE DETACH HERE AND RETURN THE BOTTOM PORTION WITH YOUR PAYMENT IN THE RETURN ENVELOPE PROVIDED.



Jersey City Municipal Utility Authority
Customer Service Center
69 DeVoe Place
Hackensack, NJ 07601

Temp - Return Service Requested

SERVICE ADDRESS: 288 RANDOLPH AVE
JERSEY CITY NJ

☐ Please check this box if you have made any changes to the information on the reverse side.

000324

BILLQ 324 T:
GEROME JORDAN
44 W 55TH ST
BAYONNE NJ 07002-4111

| Account Number: | 30307004540000 |
|---|---|
| Balance Forward - PAST DUE | $409.45 |
| Current Charges Due 10/20/2017 | $961.14 |
| TOTAL AMOUNT DUE | $1,370.59 |
| Please make payable to: JERSEY CITY MUA | |
| Payment Amount Enclosed | $_____ |

JERSEY CITY MUA
PO BOX 57008
NEWARK NJ 07101-5708

*$881.34 pd 10/20/17*
*VISA*
*456087 /*

0  7004540000  000093089  000043970  000137059  00000  5